**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Paul D. Welsh Jr.<br>　　　　Patricia B. Welsh aka Patricia<br>Jean B. Welsh<br>　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 25-70332 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

　　　　　　　　　　　　　　　Respectfully submitted,


/s/ Denise Carlon
Denise Carlon
02 Sep 2025, 16:24:20, EDT

Denise Carlon, Esq. (317226)　☑
Matthew Fissel, Esq. (314567)　☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com